# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) KATHRYN CARTER, )<br>　　　　　　　　　　　　　　　　　)<br>　　　Plaintiff, 　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>v. 　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>(1) SAFECO INSURANCE COMPANY )<br>OF AMERICA, 　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>　　　Defendant. 　　　　　　　　　) | Case No.: 15-cv-988-D |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the attorneys of record for all parties and hereby stipulate and agree that the above-captioned cause may be dismissed with prejudice to further litigation pertaining to all matters involved herein, and state that a compromise settlement covering all claims has been made between and among the parties, with each party to bear his or its own attorney fees and costs.

Said parties hereby request the Court Clerk show this action as dismissed with prejudice pursuant to this stipulation.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/Jacob L. Rowe
　　　　　　　　　　　　　　　　　　　　Simone Gosnell Fulmer, OBA # 17037
　　　　　　　　　　　　　　　　　　　　Harrison C. Lujan, OBA # 30154
　　　　　　　　　　　　　　　　　　　　Jacob L. Rowe, OBA No. 21797
　　　　　　　　　　　　　　　　　　　　FULMER GROUP, PLLC
　　　　　　　　　　　　　　　　　　　　Post Office Box 2448
　　　　　　　　　　　　　　　　　　　　Oklahoma City, Oklahoma 73101
　　　　　　　　　　　　　　　　　　　　Telephone:　　405-510-0077
　　　　　　　　　　　　　　　　　　　　Email:sfulmer@fulmergrouplaw.com
　　　　　　　　　　　　　　　　　　　　hlujan@fulmergrouplaw.com
　　　　　　　　　　　　　　　　　　　　jrowe@fulmergrouplaw.com
　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

*s/Tim D. Cain*
Tim D. Cain, OBA #11779
Wilson, Cain & Acquaviva
300 NW 13th Street, Suite 100
Oklahoma City, Oklahoma 73103
Telephone: 405-236-2600; Fax: 405-236-2607
Email: TimC@wcalaw.com
*Attorney for Defendant*
*Safeco Insurance Company of America*